IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                    CASE NO. 3:17CR033-SA

JACKIE LEE BROOKS
TAMMY JOANNE BROOKS
NELVIN MARTINEZ-DUARTE
RACHEL NICOLE JOHNSON
BOBBY FRED WILLIAMSON                                      DEFENDANTS

## ORDER GRANTING CONTINUANCE

Defendant Tammy Joanne Brooks has filed a Motion to Continue [98] the September 11, 2017, trial setting in this cause.  Grounds for the continuance of this trial are based on the fact that Defendant's counsel has been unable to adequately prepare for trial due to the voluminous amount of discovery and its ongoing nature. The Government does not oppose the motion.

It appears to the Court that the motion for continuance is well taken and that the same should be granted.   It further appears to the Court and the Court so finds, that the ends of justice will be served by granting the subject continuance, and that such action outweighs the best interest of the public and the Defendant in a speedy trial.

THEREFORE, it is hereby **ORDERED**, that the pending Motion to Continue [98] is **GRANTED** and that the trial of this matter is **CONTINUED**, as to all Defendants, from September 11, 2017, until December 4, 2017, in Aberdeen, Mississippi at 9:40 a.m.  The plea agreement deadline is reset for November 20, 2017.   The pre-trial motion deadline is reset for November 6, 2017. It is further **ORDERED** that the delay from this date until commencement of the trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), as to all Defendants.

SO ORDERED this 23rd day of August, 2017.

/s/ Sharion Aycock
**U. S. DISTRICT COURT**