IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                                    CASE NO. 3:17CR033-SA

JACKIE LEE BROOKS
TAMMY JOANNE BROOKS                                                   DEFENDANTS

ORDER ON MOTIONS

A number of motions regarding representation of the above-cited Defendants have been filed in this matter. The Court handles those here without a hearing.

Counsel David G. Hill has filed a Motion to Withdraw from his representation of Defendant Jackie Lee Brooks [130]. The Court has been notified that Defendant Jackie Lee Brooks has engaged new counsel, Heath Enix Hyde *pro hac vice* by way of local counsel M. Kevin Horan. Accordingly, Counsel David G. Hill's Motion to Withdraw is well-taken and is hereby GRANTED. Counsel David G. Hill is hereby withdrawn as counsel of record for Defendant Jackie Lee Brooks and is hereby released from any further obligation to Jackie Lee Brooks or to the Court on Mr. Brooks' behalf.

Defendant Tammy Joanne Brooks also seeks permission to substitute counsel. Counsel Ken Coghlan has filed a Motion to Withdraw his representation of Defendant Tammy Joanne Brooks [139]. Counsel John Gussio has filed a Motion to Substitute himself as Defendant Tammy Joanne Brooks' counsel [132]. The Court initially had some concerns about Counsel Gussio's appearance as local counsel for Defendant Jackie Lee Brooks as well as the attorney to be noticed for Tammy Joanne Brooks. As Counsel Gussio has recently filed a Motion to Withdraw [148] as an associated attorney for Defendant Jackie Lee Brooks, those concerns have been alleviated. That Motion to Withdraw is GRANTED. Accordingly, Counsel Coghlan's Motion to Withdraw [139] is GRANTED, and Counsel John Gussio's Motion to Substitute [132] is also GRANTED. Counsel

Ken Coghlan is hereby withdrawn as counsel of record for Defendant Tammy Joanne Brooks and is hereby released from any further obligation to Tammy Joanne Brooks or to the Court on Mrs. Brooks' behalf.

SO ORDERED this 28th day of November, 2017.

**/s/ Sharion Aycock**
**U. S. DISTRICT COURT**