IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CASE NO. 3:17CR033-SA

JACKIE LEE BROOKS
TAMMY JOANNE BROOKS
NELVIN MARTINEZ-DUARTE
RACHEL NICOLE JOHNSON
STEPHANIE DYSON
JOHNATHAN L. WILBANKS  DEFENDANTS

ORDER GRANTING CONTINUANCE

Defendants Jackie Lee Brooks and Tammy Joanne Brooks filed motions to continue [162, 163] the February 12, 2018, trial setting in this cause. Grounds for the continuance of this trial are based on the fact that Defendant's counsel has been unable to adequately prepare for trial due to the voluminous amount of discovery and its ongoing nature. The Government does not oppose the motion.

It appears to the Court that the motion for continuance is well taken and that the same should be granted. It further appears to the Court and the Court so finds, that the ends of justice will be served by granting the subject continuance, and that such action outweighs the best interest of the public and the Defendant in a speedy trial.

THEREFORE, it is hereby **ORDERED**, that the pending motions to continue [162, 163] are **GRANTED**, and that the trial of this matter is **CONTINUED**, as to all Defendants, from February 12, 2018, until April 16, 2018, in Oxford, Mississippi at 9:40 a.m. The plea agreement deadline is reset for April 2, 2018. The pre-trial motion deadline is reset for March 19, 2018. It is further **ORDERED** that the delay from this date until commencement of the trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. §

3161(h)(7)(A), as to all Defendants.

==This will be the final continuance granted in this criminal case.==

SO ORDERED this 25th day of January, 2018.

/s/ **Sharion Aycock**
**U. S. DISTRICT COURT**