IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JACKIE LEE BROOKS**                                                    **MOVANT**

**v.**                                                                           **No. 3:17CR33-SA-RP**

**UNITED STATES OF AMERICA**                               **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant motion to vacate, set aside, or correct sentence is **DENIED**.

**SO ORDERED**, this, the 26th day of March, 2025.

                                                             /s/ Sharion Aycock
                                                             U. S. DISTRICT JUDGE