IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JACKIE LEE BROOKS**                                              **MOVANT**

V.                           **NO. 3:17-cr-33-SA-RP**

**UNITED STATES OF AMERICA**                   **RESPONDENT**

### ORDER REQUIRING PLAINTIFF TO COMPLETE AND RETURN
### *IN FORMA PAUPERIS* APPLICATION, AUTHORIZATION AND CERTIFICATE

Jackie Lee Brooks is federal prisoner who has filed an appeal of the denial of his 28 U.S.C. §2255 petition. Brooks has requested leave to appeal *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Brooks' application for *in forma pauperis* status includes statements of his assets, of his inability to prepay fees, and of his belief that he is entitled to redress. Brooks has not, however, filed a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915. Brooks will be provided the opportunity to submit the certified copy in support of his request to proceed *in forma pauperis*. Therefore, it is

**ORDERED:**

That within 21 days Brooks is directed to fill out the enclosed application for *in forma pauperis*, complete the authorization for release and have the authorized officer responsible for overseeing his prison account fill out the certificate of account, and mail to the Clerk's Office.

Brooks is also directed to acknowledge receipt of this order by signing the enclosed acknowledgment form and returning it to the court within 14 days of this date. Brooks is also warned that his failure to comply with the requirements of this order may lead to the dismissal for failure to prosecute and for failure to comply with an order of the court.

SO ORDERED this the 29th day of April, 2025.

                                                                       /s/ Sharion Aycock
                                                                       SENIOR UNITED STATES DISTRICT JUDGE